UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Towanda Velez, as personal representative of the estate of Anthony Velez, deceased,

          Plaintiff,

- against -

City of New York, Rudolph Hall, Michael Ruggiero, and J. Does 1-8,

          Defendants.

04 CV 1775 (ENV)(MDG)

Notice of Motion

    Please take notice that, upon all papers and proceedings had herein and upon the annexed Memorandum of Law, plaintiff will move this Court, at the Courthouse, 225 Cadman Plaza East, Brooklyn, NY, upon submission pursuant to Local Rule 6.1(b), for an order pursuant to FRCP 59 granting to plaintiff a new trial, together with such further and additional relief as the Court deems just and proper.

Dated: New York, New York
       October 28, 2011

                                        MICHAEL G. O'NEILL
                                        (MO3957)

                                        Attorneys for Plaintiff
                                        30 Vesey Street, Third Floor
                                        New York, New York 10007
                                        (212) 581-0990